

FILED
JAN 27 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR166-MMA |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., |
| JAMES RODRIGUEZ, | ) | Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United |
| Defendant. | ) | States and Aiding and Abetting |

The United States Attorney charges:

On or about January 8, 2009, within the Southern District of California, defendant JAMES RODRIGUEZ, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Maria Del Rosario Hernandez-Perez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: January 27, 2009.

KAREN P. HEWITT
United States Attorney

DANIEL E. ZIPP
Assistant U.S. Attorney

DEZ:lg:Imperial
1/26/09