AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
James Rodriguez

**WARRANT FOR ARREST**

**FILED**
SEP -5 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

12464-298

CASE NUMBER: 09cr0166-001-MMA

To: The United States Marshal
and any Authorized United States Officer

**NOT FOR PUBLIC VIEW**

YOU ARE HEREBY COMMANDED to arrest _____James Rodriguez_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE: 6/26/2012
ARRESTED BY: [signature]
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr. | Clerk of the Court
Name of Issuing Officer | Title of Issuing Officer

V. TRUJILLO | June 9, 2010   San Diego, CA
Signature of Deputy | Date and Location

Bail fixed at $ _____No Bail_____ by _____The Honorable Michael M. Anello_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |